# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00565-CV

**Priscilla Flores and Reggie Flores, Appellants**

**v.**

**Temple Independent School District, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 190,804-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

All parties have requested dismissal of this appeal. We grant appellants= motion, dismiss appellee=s motion, and dismiss this appeal.

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellants= Motion

Filed: February 6, 2003